MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00086 YGR (LB) |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] DETENTION ORDER |
| DAMON FISH, ) | |
|    Defendant. ) | |

     For the reasons stated during the hearing on February 29, 2012, under 18 U.S.C. § 3142(f), and considering the factors set forth in section 3142(g), the Court finds by a preponderance of the evidence that no condition or combination of conditions in section 3142(c) will reasonably assure the defendant's appearance in this case and finds, by clear and convincing evidence, that no condition or combination of conditions in section 3142(c) will reasonably assure the safety of any other person or the community.

     In summary, as noted during the February 29, 2012 hearing and documented in the pretrial services report, the defendant's volatile history indicates that he is unlikely to comply with pretrial supervision, obey the law, show up for court appearances, and not be a danger to the

1 community. The Court specifically cites the defendant's extensive criminal history, which
2 includes repeated parole violations and failures to comply with his registration requirements as a
3 convicted sex offender. Additionally, no viable surety exists and the defendant's employment is
4 unpredictable. The Court also notes the government's proffer concerning the troubling nature
5 and circumstances of the conduct charged in this case. The Court therefore orders the defendant
6 detained without prejudice to raising the detention issue again at a future hearing
7     IT IS SO ORDERED.

9 DATED: March 6, 2012

     _____
     LAUREL BEELER
     United States Magistrate Judge