STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant FISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>  )<br>DAMON FISH,  )<br>  )<br>   Defendant.  )<br>  )<br>  )<br>_____ ) | No. CR-12-00086 YGR<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING TO A DATE BEFORE THE MAGISTRATE COURT<br><br>Date:  July 18, 2013<br>Time:  2:00 p.m. |

The above-captioned matter is set on July 18, 2013 before this Court for a change of plea hearing.  Counsel for Mr. Fish has another matter pending before the Honorable Jeffrey White and cannot appear on the scheduled date.  For this reason, and for good cause, the parties jointly request that the Court continue the matter to **July 24, 2013, at 9:30 a.m.**, before the sitting United States Magistrate Court for a change of plea hearing.

The parties agree that pursuant to General Order 42, exceptional circumstances warrant the referral of the above-captioned matter to a United States Magistrate Judge.  Moreover, counsel for Mr. Fish represents that her client has consented to change his plea before a magistrate court.  The parties have confirmed with the magistrate court that July 24, 2013 is an available date.

Stip. Req. To Continue Hearing Date to
Magistrate Court, No. CR-12-00086 YGR

| | |
|---|---|
| DATED: July 16, 2013 | /S/<br>ANDREW HUANG<br>Assistant United States Attorney |
| DATED: July 16, 2013 | /S/<br>ANGELA M. HANSEN<br>Assistant Federal Public Defender |

**ORDER**

With the agreement of the parties above, and with the consent of defendant, the Court enters the following Order:

Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to the sitting United States Magistrate Judge for a report and recommendation on the acceptance of the defendant's guilty plea to take place on July 24, 2013, at 9:30 a.m.

Upon conducting such hearing, the sitting United States Magistrate Judge shall schedule the matter for consideration of her report and recommendation on acceptance of the guilty plea, and set judgment and sentencing on specially set date of Wednesday, October 16, 2013 at 9:30 a.m. in Courtroom 5 of this Court, Hon. Yvonne Gonzalez Rogers presiding.

The scheduled change of plea hearing date of July 18, 2013 is vacated.

DATED: July 16, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge