UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAMON FISH,<br><br>    Defendant. | Case No.: 12-CR-00086-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA** |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Regarding Guilty Plea, to which no party filed an objection. The Court finds the Report to be correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report and Recommendation, the Court accepts Defendant's guilty plea. This matter shall proceed for sentencing on October 16, 2013 at 9:30 a.m.

This Order terminates Dkt. No. 61.

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**